**Ruben Adolfo CERON, aka Ruben Ceron–Casco, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–70836.

United States Court of Appeals, Ninth Circuit.

Sept. 19, 2013.

Mario Acosta, Jr., Esquire, Law Offices of Mario Acosta, Jr., PLC, Los Angeles, CA, Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, for Petitioner.

Bryan Stuart Beier, Senior Litigation Counsel, Joseph Anthony O'Connell, Oil, Cindy S. Ferrier, Senior Litigation Counsel, Sunah Lee, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Depart-

ment of Homeland Security, San Francisco, CA, for Respondent.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.